NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIFFANY M. WASHINGTON,**

*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2017-2072

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-15-0572-I-1.

---

## JUDGMENT

---

SCOTT W. HUNTER, Scott W. Hunter, LLC, Fairhope, AL, argued for petitioner. Also represented by EDWARD SMITH, Mobile, AL.

ADAM E. LYONS, Commercial Litigation Branch, Civil Division, Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD THOMAS BLADES, JR., JOSEPH H. HUNT, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 3, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |